UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEE ANDREW STEELE, JR. | CIVIL ACTION |
| VERSUS | NO. 04-2557 |
| DR. JERRY THOMAS, ET AL. | SECTION "E" (3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss is **DENIED AS MOOT**.

New Orleans, Louisiana, this 25th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____